# Third District Court of Appeal
## State of Florida

Opinion filed December 1, 2021.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D21-0580
Lower Tribunal No. 15-0373 CC

————————

**Sergio Sabillion,**
Appellant,

vs.

**United Automobile Insurance Company,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Lawrence D. King, Judge.

Christian Carrazana, P.A., and Christian Carrazana, for appellant.

Michael J. Neimand, for appellee.

Before SCALES, LINDSEY, and MILLER, JJ.

PER CURIAM.

Affirmed.